# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

LABOR READY MIDWEST, INC.,
    Plaintiff,

v.

TROY HOEKSTRA

and

EXPRESS PERSONNEL SERVICES

    Defendants.

CIVIL ACTION NO: 03-CV-945 (DWF)

ACTION IN EQUITY
AND AT LAW

## CONSENT ORDER

AND NOW, this 27th day of June 2003, upon consideration of plaintiff, Labor Ready Midwest, Inc.'s ("Labor Ready"), request for a preliminary and permanent injunction, and upon the consent and agreement of counsel for the parties, and for good cause shown, it is hereby ORDERED that the motion is GRANTED:

IT IS FURTHER ORDERED that:

(A) Defendant, Hoekstra, shall immediately cease any and all indirect and direct contacts and communications with and shall not perform any work for Grede Foundries, Inc., in connection with the placement, oversight or administration of any temporary or temp-to-hire employees for a period up to and including December 31, 2003;

(B) Defendant, Hoekstra, is enjoined for a period up to and including December 31, 2003 from:

JUN 2 7 2003
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

(i) Calling upon, diverting, influencing or soliciting, or attempting to call upon, divert, influence or solicit any current customers or employees of Labor Ready or any potential or former customers or employees of Labor Ready with whom he had direct or indirect contact, including but not limited to Grede Foundries, Inc.;

(ii) Divulging any customer lists or pricing information of Labor Ready to any Labor Ready competitor, including defendant, Express Personnel Services, Inc. or any of its franchises;

(iii) Owning, managing, operating, controlling, being employed by, participating in or being connected in any manner with the ownership, management, operation, control, employment or participation of the same, similar, or related line of business as that carried on now by Labor Ready within a radius of ten (10) miles from the Labor Ready office at which he was last employed and any over which he had direct or indirect control as branch manager, district manager or area director; and

(iv) Making any public statement or announcement, or permitting anyone else to make any public statement or announcement, that Hoekstra was formerly employed by or connected with Labor Ready.

(C) Notwithstanding any other provision herein, this Consent Order shall not prohibit Hoekstra from maintaining an ownership interest in the Express Personnel Services franchise in St. Cloud, Minnesota (the "Franchise"), nor shall it prohibit Hoekstra from managing the Franchise, provided that neither Hoekstra nor the Franchise engage in the placement, oversight or administration of temporary manual labor employees, whether day labor or temp-to-hire, for a period up to and including December 31, 2003. The parties understand and agree that, provided that Hoekstra is not directly or indirectly involved, the current pre-screening/payroll function being performed for Grede Foundries by the Franchise shall not be deemed to be a violation of this Consent Order.

(D) Defendant Hoekstra is enjoined from directly or indirectly using any of Labor Ready's confidential, proprietary, and trade secret information, including any customer lists or pricing information, in the course of his business;

2

(E) The parties agree to dismiss this litigation, with prejudice. Each party to this litigation agrees to bear its own attorneys fees and costs. Nothing herein shall be deemed to waive any rights or obligations, or any action brought to enforce the rights and obligations, arising under this Consent Order or accruing after its execution.

_____ June 6, 2003
Joel E. Abrahamson
Leonard, Street & Deinard
150 S. 5th Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
(612) 335-1657(fax)

Attorneys for defendant,
Troy Hoekstra

_____
Joseph Kernen
Daniel J. Layden
Piper Rudnick LLP
3400 Two Logan Square
Philadelphia, PA 19103
(215) 656-3300
(215) 656-3301

Attorney for plaintiff,
Labor Ready Midwest, Inc.

_____ 6/16/03
Gregory G. Pinski
Gray, Plant, Mooty, Mooty
 & Bennett, P.A.
3400 City Center
33 S. 6th Street
Minneapolis, MN 55402
(612) 343-2800
(612) 333-0066 (fax)

Attorneys for defendant,
Express Personnel Services, Inc.

BY THE COURT:

_____
Donovan W. Frank, J.

3