AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Labor Ready Midwest, Inc.

V.

Troy Hoekstra and Express Personnel Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:   03-945 DWF/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is dismissed, with prejudice and without costs. Nothing herein shall be deemed to waive any rights or obligations, or any action brought to enforce the rights and obligations, arising under the Consent Order dated June 27, 2003, or accruing after its execution.

|  |  |
|---|---|
| July 7, 2003 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | _/s/ Shirley Hansen_ |
| (By) | Shirley Hansen,   Deputy Clerk |

